UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN LAZARO GONZALEZ BARRERA (A# 095-510-858), | No. 1:26-cv-04377 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED on claim two that his post-removal detention is unlawful because there is no significant likelihood of his removal to Mexico in the reasonably foreseeable future.

3. Respondents are directed to immediately release Petitioner ALAIN LAZARO GONZALEZ BARRERA (A#095-510-858) on the same conditions of release in place at the time of his re-detention on December 17, 2025.

4. Respondents are directed to file a notice of compliance within three (3) days this Order.

5. Respondents are prohibited from redetaining Petitioner without first complying with 8 U.S.C. § 241.13.

6. The Clerk of the Court is directed to:

a. Serve the California City Correctional Facility with a copy of any order of release; and

b. Enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:  **July 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2